UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:24-cv-125-FDW

| ROBERT JEREMY HAYNES, | ) |   |
|---|---|---|
| Plaintiff, | ) |   |
| vs. | ) | ORDER |
| FNU QUINN, et al., | ) |   |
| Defendants. | ) |   |

**THIS MATTER** is before the Court sua sponte. The Plaintiff is proceeding in forma pauperis. [Doc. 5].

The incarcerated Plaintiff filed this action pursuant to 42 U.S.C. § 1983 addressing incidents that allegedly occurred at the Alexander Correctional Institution. [Doc. 1]. The Complaint has not yet been screened for frivolity.

The Plaintiff has now filed an "Amended Complaint" that appear to be an attempt to amend the Complaint on a piecemeal basis. [Doc. 6]. Piecemeal amendment not be allowed and this document will be stricken. However, the Plaintiff will be granted the opportunity to amend the Complaint within 30 days of this Order, if he wishes to do so. Any Amended Complaint will be subject to all timeliness and procedural requirements and will supersede the Plaintiff's previous filings. Should the Plaintiff fail to comply with this Order, the Court will proceed on the Complaint [Doc. 1] as originally filed.

**IT IS THEREFORE ORDERED** that:

1. The Plaintiff's "Amended Complaint" [Doc. 6] is **STRICKEN**.

2. The Plaintiff may file a superseding Amended Complaint within **thirty (30) days** of this Order. Should Plaintiff fail to amend his Complaint in accordance with this Order, the Court will proceed on the Complaint [Doc. 1].

The Clerk is respectfully instructed to mail Plaintiff a blank prisoner § 1983 form and a copy of this Order.

**IT IS SO ORDERED.**

Signed: June 24, 2024

Frank D. Whitney
United States District Judge

2

Case 5:24-cv-00125-FDW   Document 7   Filed 06/25/24   Page 2 of 2